# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTONIO VALDES CRUZ and
JOHN BUTLER,

      Plaintiffs,

v.                                    Case No:   6:24-cv-744-GAP-DCI

FREEMAN'S CONSTRUCTION &
ENGINEERING GROUP, INC.,
GUILLERMO ANGEL ALONSO and
THE PINEWOOD HOLDING
COMPANY, LLC,

      Defendants

## ORDER

This cause comes before the Court on Plaintiffs' Motion for Entry of Final Default Judgment (Doc. No. 95) filed June 13, 2025.

On January 5, 2026, the United States Magistrate Judge issued an amended report (Doc. No. 109) recommending that the motion be granted. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Amended Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiffs' Motion for Entry of Final Default Judgment is **GRANTED**.

3. The clerk is directed to enter judgment in favor of Plaintiff Antonio Valdes Cruz in the amount of $41,016.16 ($20,508.08 in unpaid wages and $20,508.08 in liquidated damages) and judgment in favor of Plaintiff John Butler in the amount of $195,919.40 ($97,959.70 in unpaid wages and $97,959.70 in liquidated damages.)

4. It is further ordered that the Plaintiffs shall file their motion for attorney's fees and costs within 30 days from the date of this order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 21, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party