UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIO VALDES CRUZ, JOHN
BUTLER,

      Plaintiffs,

      v.                    Case No.:  6:24-cv-00744-GAP-DCI

FREEMAN'S CONSTRUCTION &
ENGINEERING GROUP, INC., A
FLORIDA PROFIT CORPORATION;
GUILLERMO ANGEL ALONSO,
INDIVIDUALLY; AND  THE
PINEWOOD HOLDING COMPANY,
LLC, A FLORIDA LIMITED
LIABILITY COMPANY;

      Defendants,

_____/

**ORDER**

This cause comes before the Court on Plaintiffs' Motion to Enforce Court

Order and for Sanctions (Doc. No. 110) filed January 19, 2026.

On May 8, 2026, the United States Magistrate Judge issued a report (Doc. No.

119) recommending that the motion be **DENIED**. No objections have been filed.

Therefore, it is

**ORDERED** as follows:

    1. The Report and Recommendation is **CONFIRMED** and **ADOPTED**

       as part of this Order.

2. The Motion to Enforce Court Order and for Sanctions is **DENIED .**

3. Attorney Charles Albert Kohler, III, is referred to the Middle District of Florida's Grievance Committee for consideration of sanctions consistent with the Report and Recommendation (Doc. 119) specifically whether counsel should be removed from the bar of the Middle District of Florida and if he should be referred to the Florida Bar for further sanctions.

4. The clerk is directed to enter as a separate document the Corrected Amended Final Default Judgment (Doc. 118); and then close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

- 2 -