UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTONIO VALDES CRUZ, JOHN BUTLER,

Plaintiffs,

v. Case No.: 6:24-cv-00744-GAP-DCI

FREEMAN'S CONSTRUCTION & ENGINEERING GROUP, INC., A FLORIDA PROFIT CORPORATION; GUILLERMO ANGEL ALONSO, INDIVIDUALLY; AND THE PINEWOOD HOLDING COMPANY, LLC, A FLORIDA LIMITED LIABILITY COMPANY;

Defendants,
_______________________________________/

**ORDER**

This cause comes before the Court on Plaintiffs' Motion for Final Judgment in Garnishment (Doc. No. 150) filed August 10, 2026, and Plaintiffs' Amended Motion for Final Judgment in Garnishment Against Garnishee JPMorgan Chase Bank, N.A. (Doc. 155) filed October 1, 2026.

On October 2, 2026, the United States Magistrate Judge issued a report (Doc. No. 157) recommending that the Motion (Doc. 150) be **GRANTED** and the Amended Motion (Doc. 155) be **GRANTED IN PART**. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.
2. The Plaintiffs' Motion for Final Judgment in Garnishment (Doc. 150) is GRANTED and Plaintiffs' Amended Motion for Final Judgment in Garnishment (Doc. 155) is GRANTED IN PART.
3. The Court will enter final judgment in favor of Plaintiffs and against Garnishee in the amount of $25,990.91 payable to the Brad Singer Law, P.A. Trust Account[1]. Any funds held under the writ in excess of that sum should be released to defendant Freeman's Construction and Engineering Group, Inc. once the final order is issued.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 20, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

[1] Counsel for Plaintiffs will provide specific wiring instructions to Garnishee once final order is issued by the Court.